UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **EUGUENE GARCIA,** | § |
| *Plaintiff,* | § § § |
| v. | §  No. 5:15-cv-852 |
| **CONN APPLIANCES, INC.** | § § § |
| *Defendant.* | § § |

## STIPULATION TO ARBITRATION

Defendant Conn Appliances, Inc. ("Conn's") and Plaintiff Eugene Garcia ("Plaintiff") (Conn's and Plaintiff are collectively referred to as "Parties") file this Stipulation to Arbitration and would show the Court as follows:

1. Plaintiff filed her Original Complaint on September 30, 2015 (Dkt. 1), alleging violations under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. in connection with Conn's attempt to collect on a debt.

2. Plaintiffs purchased merchandise from Conn's in exchange for a promise of payment. The Parties memorialized the financing terms in a retail installment contract that Plaintiff signed. The retail installment contract contains an arbitration provision that covers all claims arising from Plaintiff's debt. Because the claims in Plaintiff's Complaint fall within the scope of this provision, the parties have agreed to move this case to arbitration.

IT IS THEREFORE **AGREED AND STIPULATED** as follows:

i. Plaintiff's claims are subject to binding arbitration.

ii. The parties request the Court order this action to arbitration and stay the proceedings pending completion of arbitration.

Dated:   March 18, 2016.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Michael A. Harvey*<br>**Michael A. Harvey**<br>State Bar No. 24058352<br>MUNSCH HARDT KOPF & HARR, P.C.<br>Pennzoil Place<br>700 Milam Street, Suite 2700<br>Houston, Texas 77002<br>Telephone:  (713) 222-4015<br>Fax:  (713) 222-5868<br>mharvey@munsch.com<br><br>**ATTORNEY IN CHARGE FOR DEFENDANT CONN APPLIANCES, INC.** | By:   */s/ Adam T. Hill*<br>**Adam T. Hill** (IL6293003)<br>KROHN & MOSS, LTD.<br>10 N. Dearborn St., 3rd Fl.<br>Chicago, IL 60602<br>Telephone: 312-578-9428 x241<br>Fax: (866) 861-1390<br>ahill@consumerlawcenter.com<br><br>**ATTORNEYS FOR PLAINTIFF NAKOMA SELMAN** |

**OF COUNSEL:**

**Christopher M. Jordan**
State Bar No. 24087817
MUNSCH HARDT KOPF & HARR, P.C.
Pennzoil Place
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone:  (512) 391-6145
Fax:  (713) 222-5886
cjordan@munsch.com

**Christina M. Putman**
SBN: 24013361
FIN: 24426
In House Counsel
Conn's, Inc.
4055 Technology Forest Blvd.
Suite 210
The Woodlands, Texas  77381

## CERTIFICATE OF SERVICE

 I hereby certify that on March 18, 2016, a true and correct copy of forgoing document was electronically filed via the Court's CM/ECF filing system and served on all counsel of record.

            */s/ Michael A. Harvey*
            Michael A. Harvey