FILED

MAR 2 4 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EUGUENE GARCIA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 5:15-cv-852 |
| | § | |
| CONN APPLIANCES, INC. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ON STIPULATION TO ARBITRATION

On this day, the Court considered the parties' Stipulation to Arbitration. The Court, having reviewed the Stipulation on file, is of the opinion that it should be GRANTED. It is, therefore:

ORDERED that the above style case is staying pending the completion of arbitration.

SIGNED this __24__ day of __March__, 2016.

_____
JUDGE PRESIDING