UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 2 4 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| EUGENE GARCIA )<br><br>Plaintiff )<br><br>v. )<br><br>CONN APPLIANCES, INC. )<br><br>Defendant ) | CIVIL NO. SA-15-CA-852-OG |

# ORDER

The Court has entered, simultaneously herewith, its order accepting the parties' stipulation to arbitration. Because this case is being stayed pending completion of arbitration, the case will be administratively closed at this time.

**SIGNED AND ENTERED** this 24 day of March, 2016.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE